IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES E. MILLER, JR., )
)
    Plaintiff, )
)
V. ) Civil No. **07-154-DRH**
)
MADISON COUNTY JAIL, et al., )
)
    Defendants. )

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for production of his medical and psychological records and evaluations. **(Doc. 6).**

Plaintiff's motion was filed before the defendants were even served with summons and the complaint in this action. There is no indication the defendants were served with a copy of the motion. The motion was filed before discovery commenced, before initial disclosures were made, and before a request for production was made pursuant to Federal Rule fo Civil Procedure 34.

**IT IS THEREFORE ORDERED** that plaintiff's motion for production of his medical and psychological records and evaluations **(Doc. 6)** is **DENIED** as premature.

**IT IS SO ORDERED.**

DATED: March 13, 2008

                                        **s/ Clifford J. Proud**
                                        **CLIFFORD J. PROUD**
                                        **U. S. MAGISTRATE JUDGE**