IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES E. MILLER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 07-CV-154-DRH |
| ) | |
| MADISON COUNTY JAIL, et al, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendants' Motion for Summary Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the oral Order of the Court issued on August 3, 2009, judgment is entered in favor of defendants, **JOE GULASH and ROBERT HERTZ**, and against plaintiff, **JAMES E. MILLER, JR.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated August 16, 2007, judgment is entered in favor of defendant, **MADISON COUNTY JAIL** and against plaintiff, **JAMES E. MILLER, JR.** This case is dismissed with prejudice in its entirety. Each party shall bear their own costs-----------------------------------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**

BY:     /s/*Sandy Pannier*
         **Deputy Clerk**

Dated: August 5, 2009

APPROVED: /s/     *DavidRHerndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT